IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV253

| | |
|---|---|
| WILLIAM N. CLINKSCALES, JR., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>FIRST CITIZENS BANK, )<br>)<br>Defendant. )<br>) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and Recommendation, filed September 26, 2005.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell, was designated to consider pending motions in the captioned civil action and to submit to this Court recommendations for the disposition of these motions.

On September 26, 2005, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding the Defendant's motion to dismiss. The Plaintiff, who is proceeding *pro se*, and counsel for

the Defendant were advised that any objections to the Magistrate Judge's findings were to be filed in writing within 14 days of service of the Recommendation; the period within which to file objections expired on October 13, 2005. No written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendant's motion be granted and the action dismissed.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to dismiss is **ALLOWED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**Signed: November 7, 2005**

Lacy H. Thornburg
United States District Judge